1  **SESSIONS & KIMBALL LLP**
   **Attorneys at Law**
2  Samuel P. Nielson, State Bar No. 274611
   23456 Madero, Suite 170
3  Mission Viejo, California 92691
4  spn@job-law.com

5  Tel: (949) 380-0900
6  Fax: (949) 380-8283

7  Attorneys for Plaintiff
   JANET YOON
8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| JANET YOON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED UNDERWRITERS, INC., a Nebraska Corporation; and DOES 1-20 inclusive,<br><br>Defendants. | Case No.: 8:20-cv-02303 DOC (DFMx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　TO THE HONORABLE DAVID O. CARTER, U.S. DISTRICT COURT JUDGE:

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby agree and stipulate, by and through counsel, that all causes of action

/ / /

/ / /

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

in the instant matter against all parties be and hereby are dismissed with prejudice, with each of the named parties to bear her or its own costs and attorneys' fees.

DATED: July 9, 2021                                      SESSIONS & KIMBALL, LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Samuel P. Nielson_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Samuel P. Nielson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Janet Yoon

DATED: July 9, 2021                                      FINE, BOGGS & PERKINS LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Kevin Holloway_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael Perkins
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kevin Holloway
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Applied Underwriters, Inc.